**BOIES SCHILLER FLEXNER LLP**
JEFFREY HAMMER, State Bar No. 264232
  *jhammer@bsfllp.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Alan B. Vickery (*pro hac vice application pending*)
  *avickery@bsfllp.com*
John F. LaSalle (*pro hac vice application pending*)
  *jlasalle@bsfllp.com*
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Attorneys for Defendant
ADAM ROSEMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BOBULINSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ROSEMAN, an individual; and DOES 1 through 20,<br><br>Defendants. | Case No. 2:19-cv-02963-MWF-SSx<br><br>**DECLARATION OF JOHN F. LASALLE IN SUPPORT OF DEFENDANT ADAM ROSEMAN'S MOTION TO DISMISS**<br><br>Judge Michael W. Fitzgerald |

I, John LaSalle, declare as follows:

1. I am a partner at Boies Schiller Flexner LLP, counsel of record for Defendant Adam Roseman in this action. I am pending admission *pro hac vice* in this action. I submit this declaration in support of Roseman's Motion to Dismiss. I have personal knowledge of the matters stated herein and could and would testify about them competently if called upon to do so.

2. On April 17, 2019, this action was removed from California state court. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Roseman's response to the Complaint is due on April 24, 2019.

3. On April 23, 2019, I attempted to meet and confer with counsel for Tony Bobulinski regarding Roseman's contemplated motion to dismiss. Bobulinski's counsel informed me that they were unavailable to meet and confer that day and unavailable on April 24, 2019. I offered to stipulate to extend the deadline for Roseman to respond to the Complaint by seven days from the date that Bobulinski's counsel would be available to meet and confer. Counsel for Bobulinski did not respond to this offer and did not propose another time to meet and confer.

### Documents Supporting Adam Roseman's Motion to Dismiss

4. Attached as **Exhibit 1** is a true and correct copy of the January 23, 2019, judgment of the Grand Court of the Cayman Islands in the proceeding entitled *In the Matter of China Branding Group Limited (In Official Liquidation)*, Cause No. FSD 52 of 2016 (RMJ) (the "Cayman Judgment"). This copy of the Cayman Judgment was provided to me by Plaintiff's counsel on March 29, 2019.

5. Attached as **Exhibit 2** is a true and correct copy of the April 2015 Senior Secured Convertible Promissory Note signed by China Branding Group Limited and Tony Bobulinski (the "Note"). This executed copy of the Note was provided to me by Plaintiff's counsel on March 29, 2019.

6. Attached as **Exhibit 3** is a true and correct copy of the April 15, 2015, pledge agreement between China Branding Group, as Pledgor, and Tony Bobulinski, as

Secured Party (the "Pledge Agreement"). This executed copy of the Pledge Agreement was provided to me by Plaintiff's counsel on March 29, 2019.

7. Attached as **Exhibit 4** is a true and correct copy of the September 20, 2016 Second Amended and Restated Asset and Securities Purchase Agreement by and among China Branding Group Limited (In Official Liquidation), the Joint Official Liquidators, Seller Management, Target Entities, KanKan Limited, and Remark Media Inc., including its attached Disclosure Schedule (the "Purchase Agreement").

8. Attached as **Exhibit 5** is a true and correct copy of excerpts of the October 3, 2018 transcript of the cross examination of Adam Roseman in the proceeding in the Grand Court of the Cayman Islands entitled *In the Matter of China Branding Group Limited (In Official Liquidation),* Cause No. FSD 52 of 2016 (RMJ) (the "Cayman Transcript"). Plaintiff's counsel provided the entire volume of the October 3, 2018, transcript to me on March 29, 2019.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on April 24, 2019, in New York, New York.

By: /s/ John F. LaSalle
John F. LaSalle
Attorney for Defendant Adam Roseman