**BOIES SCHILLER FLEXNER LLP**
JEFFREY HAMMER, State Bar No. 264232
  *jhammer@bsfllp.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Alan B. Vickery (*admitted pro hac vice*)
  *avickery@bsfllp.com*
John F. LaSalle (*admitted pro hac vice*)
  *jlasalle@bsfllp.com*
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Attorneys for Defendant
ADAM ROSEMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BOBULINSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ROSEMAN, an individual; and DOES 1 through 20,<br><br>Defendants. | Case No. 2:19-cv-02963-MWF-SSx<br><br>**DECLARATION OF JOHN F. LASALLE IN SUPPORT OF DEFENDANT ADAM ROSEMAN'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Filed Concurrently With Motion to Dismiss First Amended Complaint]<br><br>**Date: August 26, 2019**<br>**Time: 10:00 a.m.**<br>**Courtroom: 5A**<br><br>Judge: Hon. Michael W. Fitzgerald |

I, John LaSalle, declare as follows:

1. I am a partner at Boies Schiller Flexner LLP, counsel of record for Defendant Adam Roseman in this action. I am admitted *pro hac vice* in this action. I submit this declaration in support of Roseman's Motion to Dismiss the First Amended Complaint. I have personal knowledge of the matters stated herein and could and would testify about them competently if called upon to do so.

2. Attached as **Exhibit 1** is a true and correct copy of the March 5, 2015, email from Defendant Adam Roseman to Plaintiff Tony Bobulinski, and subsequent email correspondence. This copy of the email chain was provided to me by Plaintiff's counsel on March 29, 2019.

3. Attached as **Exhibit 2** is a true and correct copy of the September 20, 2016 Second Amended and Restated Asset and Securities Purchase Agreement by and among China Branding Group Limited (In Official Liquidation), the Joint Official Liquidators, Seller Management, Target Entities, KanKan Limited, and Remark Media Inc., including its attached Disclosure Schedule (the "Purchase Agreement").

4. I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on July 24, 2019, in New York, New York.

By: */s/* John F. LaSalle
John F. LaSalle
Attorney for Defendant Adam Roseman