# EXHIBIT 1

| | |
|---|---|
| From: | Adam Roseman |
| To: | Tony Bobulinski |
| Subject: | Re: Short-Term Bridge Opportunity Pre-Sale |
| Date: | Thursday, March 19, 2015 11:39:58 PM |
| Attachments: | Adam E-signature[21][22].png |

Monday is good for me.  Do you want to come see the Culver studio and I take you to lunch or I can come to you in CC?



**Adam Roseman**
Founder & CEO | 创始人&首席执行官

Hollywood  -  Shanghai  -  Beijing

M: +1 310 402 5902   W: www.fanstang.com
Weibo: http://weibo.com/u/2652610820



**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>
**Date:** Thursday, March 19, 2015 1:29 PM
**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Works for me, lunch? Or let me knw times
Sent from my Verizon Wireless BlackBerry

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Thu, 19 Mar 2015 19:56:49 +0000
**To:** Tony Bobulinski<TBobulinski@nazent.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Thank you.  How does Monday afternoon work for you?

**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>
**Date:** Tuesday, March 17, 2015 11:16 PM
**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Sorry to hear about your loss, in my prayers

Can get tgthr on mon
Sent from my Verizon Wireless BlackBerry

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Tue, 17 Mar 2015 15:06:41 +0000
**To:** Tony Bobulinski<TBobulinski@nazent.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

I get back Friday night, grandma funeral Friday.  We are going to be willing to give very good bridge terms to get this done so we can move to sale and not go through a financing process.

**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>
**Date:** Tuesday, March 17, 2015 2:19 AM

EXHIBIT 1                3

**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Bck in la wed if u wnt to get tgthr nd dscss
Sent from my Verizon Wireless BlackBerry

---

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Tue, 10 Mar 2015 07:13:30 +0000
**To:** Tony Bobulinski<TBobulinski@nazent.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

I meant would there be a bridge structure that would incentivize you to come in and then I would use that structure for all that are participating? Thanks!

---

**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>
**Date:** Monday, March 9, 2015 9:35 PM
**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Not following? Offer what to all? U have sent out offering to veryone correct?
Sent from my Verizon Wireless BlackBerry

---

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Fri, 6 Mar 2015 18:05:03 +0000
**To:** Tony Bobulinski<TBobulinski@nazent.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

I will have Roche and SIG each coming in for about USD$250k. Is there perhaps a deal structure that would work for you to come in for a little, so I can offer it to all?

---

**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>
**Date:** Friday, March 6, 2015 12:17 AM
**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Look at all their news relative to recent award shows etc

Taking off, would first talk business and overlap then get to bridge discussion at end, not large enough size for him, he runs Avid as ceo but also has firm Black Dragon that does deals
Sent from my Verizon Wireless BlackBerry

---

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Fri, 6 Mar 2015 08:12:22 +0000
**To:** Tony Bobulinski<TBobulinski@nazent.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Found it, thanks!



---

**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>

EXHIBIT 1                                                                                             4

**Date:** Friday, March 6, 2015 12:11 AM
**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Ticker on Avid is avid
Sent from my Verizon Wireless BlackBerry

---

**From:** tonyb@nazent.com
**Date:** Fri, 6 Mar 2015 08:04:07 +0000
**To:** Adam Roseman<adam@chinabrandinggroup.com>
**ReplyTo:** tonyb@nazent.com
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Ok will do and appreciate the work with Tagkast, should also figure out a way to take them into China

Let me know dates for may

Going to intro u to Louis Hernandez who runs Avid(public company) as he does a lot w media, shld have had u join a dinner tnght w 20 media execs, I got tied up and cldnt make it as flying east right now
Sent from my Verizon Wireless BlackBerry

---

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Fri, 6 Mar 2015 07:52:00 +0000
**To:** Tony Bobulinski<TBobulinski@nazent.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Thanks, happy to do a favorable deal to avoid a process given the need to focus on the business and the exit with the business on such a great trajectory given the competitor for content right now from China's digital portals. You should also consider coming out in May to Vegas to see our setup for Rock in Rio/Billboard Music Awards.  See some links below, including our backstage at the Globes (only international media outlet).

 https://www.dropbox.com/s/2xkggvvwdeo2zj2/GG_ReDo_20150115.mp4?dl=0

Best,



---

**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>
**Date:** Thursday, March 5, 2015 11:48 PM
**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Ok will take a look
Sent from my Verizon Wireless BlackBerry

---

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Fri, 6 Mar 2015 07:01:50 +0000
**To:** Tony Bobulinski<TBobulinski@nazent.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Tony,

Attached is financial model.  However, it is very difficult to manage month to month cash flow expectations given large clients (e.g., studios and large brands continuing to pay late) during a period of rapid growth.  USD$500k probably gets us through the

EXHIBIT 1                                                                                           5

year without a gap but USD$1mm is very comfortable.

Best,



**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>
**Date:** Thursday, March 5, 2015 10:27 PM
**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Do u have cash flow needs on it across the next 10 months, per month
Sent from my Verizon Wireless BlackBerry

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Fri, 6 Mar 2015 05:53:47 +0000
**To:** Tony Bobulinski<TBobulinski@nazent.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Tony,

Thank you. Business is rocking, but need the money to support the working capital to grow quickly to maximize sale outcome. Would be open to ideas.

Best,

Adam

**From:** Tony Bobulinksi <TBobulinski@nazent.com>
**Reply-To:** Tony Bobulinksi <TBobulinski@nazent.com>
**Date:** Thursday, March 5, 2015 7:14 PM
**To:** Adam Roseman <Adam@chinabrandinggroup.com>
**Subject:** Re: Short-Term Bridge Opportunity Pre-Sale

Gttng rdy to travel but keep me posted on this discussion and how I can help
Sent from my Verizon Wireless BlackBerry

**From:** Adam Roseman <adam@chinabrandinggroup.com>
**Date:** Thu, 5 Mar 2015 18:14:42 +0000
**To:** Adam Roseman<adam@chinabrandinggroup.com>
**Subject:** Short-Term Bridge Opportunity Pre-Sale

Dear Friends and Family,

I hope this email finds you well. I have not raised money for five or so years from friends and family and generally prefer not to do so. However, given that I am quite confident in this opportunity, I wanted to pass along to a dozen or so of you.

Fortunately my Chinese media business has performing very well. We have grown in 2 1/2 years to be the largest non-major studio Western content company in China. **We reached EBITDA profitability in 2 years** and have just broad aboard a premium media M&A investment bank to represent us in a sale process given the number of inquiries we have been receiving. Our Founding shareholder group includes myself, ARC (the shareholders of my previous advisory firm), Robert Roche (Asian entrepreneur) and certain partners of Ziffren Brittenham (LA's preeminent entertainment law firm).

EXHIBIT 1                                                                                              6

In addition to our substantial production, we have acquired long-term exclusive China (all forms of media) licenses to many of the world's major events including American Music Awards, Billboards Music Awards, Golden Globes, People's Choice Awards, Coachella, Rock in Rio, Dick Clark's New Year's Rockin' Eve, iHeart Music Festival and the list goes on and on – at all of these we own the event rights and have a substantial exclusive China on the ground media presence (e.g., red carpet platforms, backstage media rooms, etc. as you can see a sample from our backstage at Golden Globes below). We also work in partnership with many top celebrities such as Taylor Swift, Robert Downey Jr., Dwight Howard, Kevin Durant, etc. exclusively on their digital content for China. Our clients also include Warner Brothers, Paramount, Fox and others where we are their predominant data analytics business, as our analytics platform drives our content creation and licensing.

We were in the middle of a USD$5mm investment round but have just terminated the round due to our focus on the sale process and not wanting to be blocked in a sale. As a result, we are going to do a very small USD$1mm friends and family bridge to allow us to acquire some additional top licenses that will help increase our value in a sale.

We are prepared to offer the bridge as a senior secured loan to be paid off in first priority. This would be a one year loan, to get us through the sale. The structure would be as follows:

- Senior secured bridge loan, secured by all our assets (content licenses, our production library and our fixed production equipment in our 10k square foot studio in Culver City) and all bridge loan principal and interest secured in first position.
- USD$1mm.
- 25% cash premium paid at repayment.
- Default after one year that would kick in an additional 2% / month senior senior secured interest and 4%/month additional warrants.
- 50% warrant coverage at a USD$20mm strike price. Our last round was done at a USD$18mm valuation in February 2013. This was our only outside money and we took it from SIG China (www.sig-china.com), a USD$3mm investment.

### SAMPLE CURRENT PROGRAMMING

**FANSTANG CORP REEL:**
https://www.dropbox.com/s/hvtd0xjbfptxz8y/Fanstang_Sizzle_20141217.mov?dl=0

**DAILY SHOW:**
https://www.dropbox.com/s/o9366sf8ulwf0bd/2014_06_04_Tencent_Sizzle.mp4?dl=0

**FAN'S JOURNEY TO THE WEST, BASKETBALL:**
https://www.dropbox.com/s/vvuk785ddxda4d4/2014_10_23_NBA_1_MINUTE_promo.mp4?dl=0

**BACKSTAGE AT THE GOLDEN GLOBES:**
https://www.dropbox.com/s/2xkggvywdeo2zj2/GG_ReDo_20150115.mp4?dl=0

Please let me know if you are interested in discussing.

Best regards,

EXHIBIT 1                                                                                                      7