JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BOBULINSKI, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>ADAM ROSEMAN, an individual; and<br>DOES 1 through 20,<br><br>                    Defendants. | Case Nos.: 2:19-cv-02963-MFW-JPRx<br><br>**ORDER GRANTING JOINT<br>STIPULATION OF DISMISSAL<br>PURSUANT TO <u>FRCP</u> <u>41(a)</u>**<br><br>Complaint Filed: February 21, 2019<br>Judge: Hon. Michael W. Fitzgerald<br>Magistrate: Hon. Jean P. Rosenbluth |

Upon consideration of the Joint Stipulation of Dismissal filed by Plaintiff Tony Bobulinski ("Bobulinski") and Defendant Adam Roseman ("Roseman") and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The above-entitled litigation, including all claims, shall be, and hereby is, dismissed in its entirety with prejudice.

2. Bobulinski and Roseman will each bear his own fees and costs.

**IT IS SO ORDERED.**

Dated:  April 27, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)